**FEDERAL COURT PROOF OF SERVICE**
*Laura Lynn Hammett v. Mary E. Sherman, et al.*

United States District Court – Southern District Case No. 19-CV-0605-JLS-AHG

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West C Street, Suite 1700, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 17, 2026, I served the following document(s):

**ELLIS ROY STERN, ESQ; ALAN N. GOLDBERG, ESQ AND STERN & GOLDBERG'S APPLICATION FOR ATTORNEY'S FEES ON APPEAL PURSUANT TO NINTH CIRCUIT RULE 39-1.6, OR ALTERNATIVELY, MOTION TO TRANSFER CONSIDERATION OF THE ATTORNEYS' FEES ON APPEAL TO DISTRICT COURT PURSUANT TO RULE 39-1.8; DECLARATION OF CORINNE C. BERTSCHE IN SUPPORT;**

**Laura Lynn Hammett's Response Re: ELLIS ROY STERN, ESQ; ALAN N. GOLDBERG, ESQ AND STERN & GOLDBERG'S APPLICATION FOR ATTORNEY'S FEES ON APPEAL PURSUANT TO NINTH CIRCUIT RULE 39-1.6, OR ALTERNATIVELY, MOTION TO TRANSFER CONSIDERATION OF THE ATTORNEYS' FEES ON APPEAL TO DISTRICT COURT PURSUANT TO RULE 39-1.8; and**

**ELLIS ROY STERN, ESQ., ALAN N. GOLDBERG, ESQ. AND STERN & GOLDBERG'S REPLY TO APPELLANT'S RESPONSE TO APPLICATION FOR ATTORNEYS' FEES ON APPEAL PURSUANT TO NINTH CIRCUIT RULE 39-1.6, OR ALTERNATIVELY, MOTION TO TRANSFER CONSIDERATION OF THE ATTORNEYS' FEES ON APPEAL TO DISTRICT COURT PURSUANT TO RULE 39-1.8.**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Laura Lynn Hammett<br>16 Gold Lake Club Road<br>Conway, AR 72032<br>Email: Bohemian_books@yahoo.com<br>*Plaintiff in Pro Se* | Nicholas F. Labor, Esq.<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, CO 80202<br>Tel: 303.297.2600<br>Fax: 303.297.2750<br>Email: nlabor@rwolaw.com<br>*Attorney for Defendant, Diane G. Dennis* |
| Alan J. Droste, Esq.<br>Alan J. Droste APLC<br>1001 Dove Street, Suite 250<br>Newport Beach, CA 92660<br>Tel: 949.939.3484<br>Email: ad@mcquenndroste.com<br>*Attorney for Defendant, Diane G. Dennis* | Daniel R. Forde, Esq.<br>Hoffman & Forde, Attorneys At Law<br>3033 Fifth Avenue, Suite 225<br>San Diego, CA 92103<br>Tel: 619-546.7880<br>Fax: 619.546.7881<br>Email: dforde@hoffmanforde.com<br>*Attorney for Defendant, Silver Strand Plaza, LLC* |

180150943.1

Case No. 19-CV-0605-LL-AHG

FEDERAL COURT PROOF OF SERVICE

| Daniel S. Agle, Esq.<br>Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, CA  92101<br>Tel: 619.239.8131<br>Fax: 619.238.8707<br>Email: dagle@klinedinstlaw.com<br><br>*Attorneys for Defendants, Patrick C. McGarrigle; McGarrigle Kenney & Zampiello* | Frank J. Polek, Esq.<br>Attorney at Law<br>Polek Law<br>3033 Fifth Avenue, Suite 400<br>San Diego, CA  92103<br>Tel: 619.550.2455<br>Fax: 619.274.8166<br>Email: frank@poleklaw.com<br><br>*Attorneys for Defendants, Mary E. Sherman, individually and in her capacity as Manager, Co-Trustee and Trustee; Jeffrey Sherman in his capacity as Co-Trustee* |
|---|---|
| Keith M. Cochran, Esq.<br>Brittany M. Vojak, Esq.<br>Fitzgerald Knaier, LLP<br>402 West Broadway, Suite 1400<br>San Diego, CA  92101<br>Tel: 619.241.4810<br>Fax: 619.955.5318<br>Email: kcochran@fitzgeraldknaier.com<br>        bvojak@fitzgeraldknaier.com<br><br>*Attorney for Defendants Linda R. Kramer as Co-Trustee of the Lynn and Erik's Trust and Erik Von Pressintin Hunsaker as Co-Trustee of the Lynn and Erik's Trust* | |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above. **Filed with the Ninth Circuit Court of Appeals for Case No. 24-3621 on 6/23/26, 7/3/26 and 7/8/26, respectively, at Docket Nos. 21, 22 and 23 (This Re-Filing is pursuant to the U.S. District Court's Minute Order filed on 7/15/26 at Document No. 329.)**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 17, 2026, at San Diego, California.

*/s/ Janis Kent*

Janis Kent

180150943.1                                    2                        Case No. 19-CV-0605-LL-AHG